# EXHIBIT C



11/29/2018

Melissa Golden
Lead Paralegal and FOIA Specialist
Office of Legal Counsel
Room 5511, 950 Pennsylvania Avenue, N.W.
Department of Justice
Washington, DC 20530-0001
Submitted via email to: usdoj-officeoflegalcounsel@usdoj.gov

Re: Freedom of Information Act Request

Dear Ms. Golden,

As a member of the news media, I am making this request under the Freedom Of Information Act ("FOIA"), 5 U.S.C. § 552.

**Please provide the following records in a digital format:**

1. Any OLC opinions created after January 1, 2017, which include the term "posse comitatus" anywhere in the title or body or which include an analysis of the use of the armed forces to support the Border Patrol or Customs and Border Protection.

I am also requesting expedited processing for this request. I certify to be true and correct to the best of my knowledge and belief, that there is widespread and exceptional media interest and there exist possible questions about the government's integrity, which affect public confidence. President Trump recently announced that military forces have been authorized to use lethal force in support of the Department of Homeland Security and Customs and Border Protection. This announcement, in addition to other ones, has drawn exceptional media interest to the subject of whether the President's recent order violates the constitution or statute. The clear separation of the military and domestic law enforcement duties is a core pillar of public confidence in both the military and the federal government, and should that separation be made less clear, it could easily affect public confidence in the government's integrity. This concern is further exacerbated by the fact that the President has made prior statements urging then-Attorney General Jeff Sessions to prosecute his political rivals, a politicization of federal law enforcement.

News stories about the migrant caravan seeking asylum and the security of the southern border are published on a daily basis. Thousands of troops are currently stationed at the border, and the recent confrontations involving the use of tear gas increase the odds of an escalation in the near future, potentially to the point of lethal force. A high-stakes decision by the federal government which re-interprets long established democratic separations of power and implemented on an

accelerated timeline is a quintessential example of "[a] matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity that affect public confidence."

Accordingly, POGO's request satisfies the criteria for expedited processing.

I also request a waiver of all costs associated with fulfilling this submission pursuant to 5 U.S.C. § 5 552(a)(4)(A)(iii). Disclosure of the requested records will further the "public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest" of the requester, the Project On Government Oversight (POGO). Specifically, POGO intends to use the requested records to highlight for the public how the administration interprets the Posse Comitatus Act, what constitutes domestic law enforcement activities, and the justifications used to support those positions. If the request for a fee waiver is denied, please contact me about any incurred expenses prior to supplying the requested records.

If this request is denied in full or in part, please cite each exemptions pursuant to 5 U.S.C. § 552(b) that justifies each denial. Please bear in mind that the foreseeable harm standard must be met before an exemption applies. If an exemption applies, however, please consider exercising the agency's discretionary release powers to disclose the records. Any such action supports the presumption of "openness" on which FOIA is based upon. Additionally, please release all reasonably segregable portions of the records that do not meet an exemption. 5 U.S.C. § 552(b).

I look forward to your response, including an individualized tracking number, within 20 days of the receipt of this request, unless, in the case of "unusual circumstances," the time limitation is "extended by written notice." 5 U.S.C. § 552(a)(6)(B). I am aware that all fees will be waived if specified time limits are not met. 5 U.S.C. § 552(a)(4)(A)(viii). I have a right to appeal if this request is wholly or partially denied or if the agency fails to respond within 20 days, and that, if successful, a federal district court may assess "reasonable attorney fees and other litigation costs." 5 U.S.C. § 552(a)(4)(E).

Please do not hesitate to call me at (202) 347-1122 to see if I can clarify the request or otherwise expedite and simplify your efforts. Thank you for your prompt attention to this matter.

Sincerely,

Daniel Van Schooten
Investigator
dvanschooten@pogo.org

2