UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PROJECT ON GOVERNMENT
OVERSIGHT,

        *Plaintiff,*

     v.

U.S. DEPARTMENT OF JUSTICE OFFICE,
OF LEGAL COUNSEL,

        *Defendant*.

Civil Action No. 20-1415 (ABJ)

## JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE

Pursuant to the Court's August 15, 2023, Minute Order, Plaintiff Project on Government Oversight and Defendant U.S. Department of Justice, Office of Legal Counsel ("OLC"), by and through undersigned counsel, hereby submit this Joint Status Report ("JSR"). The parties report as follows:

1. This Freedom of Information Act ("FOIA") matter involves five separate FOIA requests submitted by Plaintiff to OLC.

2. As previously reported, Defendant has completed producing all non-exempt records. Plaintiff has agreed to dismiss, including not to contest the adequacy of the search or withholdings, if any, relating to Request B FY 19-034, Request C FY 19-057, Request D FY 19-177, and Request E FY 20-038.

3. Consequently, the parties have narrowed the scope of discussions to Request A FY 19-001. As previously reported, Defendant agreed to re-process the request and made a release of the re-processed records on April 28, 2023. Plaintiff has now completed its review of the re-processed records.

4. The parties have met and conferred. In terms of Request A FY 19-001, Plaintiff contests the adequacy of the search and OLC's FOIA Exemptions 5 and 6 withholdings.

5. In light of the above information, the parties propose the following briefing schedule:

- Defendant will file its motion for summary judgment on December 21, 2023;
- Plaintiff will file its combined cross-motion for summary judgment and opposition on January 22, 2024;
- Defendant will file its combined opposition and reply on February 21, 2024; and,
- Plaintiff will file its reply on March 6, 2024.

6. To that end, the parties' respectfully request that the Court enter the proposed briefing schedule outlined above.

Dated: October 16, 2023                    Respectfully submitted,

/s/ Anne L. Weismann                       MATTHEW M. GRAVES, D.C. Bar # 481051
D.C. Bar No. 298190                        United States Attorney
5335 Wisconsin Ave., N.W.
Suite 650                                  BRIAN P. HUDAK
Washington, D.C. 20015                     Chief, Civil Division
(301) 717-6610
Anne.weismann@gmail.com                    /s/ Stephanie R. Johnson
                                           STEPHANIE R. JOHNSON
*Attorney for Plaintiff*                   D.C. Bar # 1632338
                                           Assistant United States Attorney
                                           601 D Street, N.W.
                                           Washington, D.C. 20530
                                           (202) 252-7874
                                           Stephanie.Johnson5@usdoj.gov

                                           *Attorneys for the United States of America*