UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROJECT ON GOVERNMENT OVERSIGHT,<br><br>              Plaintiff,<br><br>      v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>              Defendant. | Civil Action No. 20-1415 (ABJ) |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

By and through undersigned counsel, Defendant Department of Justice ("Defendant" or the "Department") respectfully moves to extend the deadline to file its motion for summary judgment to and through January 18, 2024.  Pursuant to Local Civil Rule 7(m), undersigned conferred with Plaintiff and Plaintiff, through counsel, graciously does not oppose the requested relief.[1]  The grounds for this motion are as follows:

1.      Plaintiff brings this action seeking records from the Office of Legal Counsel under the Freedom of Information Act.  *See* ECF No. 1, Compl.

2.      The Department's motion for summary judgment is currently due on December 21, 2023.  *See* Oct. 17, 2023, Min. Order.  This is the Department's first request of extension of time to file its motion for summary judgment.

3.      There is good cause for granting this motion.  *See, e.g, Mann v. Castiel*, 681 F.3d 368, 375 (D.C. Cir. 2012) (explaining that good cause simply "means a valid reason for delay").

---

[1]      Plaintiff, through counsel, specifically stated "while we do not oppose a [thirty]-day extension provided all the other deadlines are adjusted accordingly we do object to the last-minute nature of the request."

Over the past weeks, undersigned counsel has devoted a substantial amount of time to at four substantive briefs, two status hearings, a mediation, discovery requests, and myriad joint status reports. And new cases are assigned each week and undersigned was also in trial last week. Unfortunately, the demands of undersigned counsel's large docket of active cases, and the swelling number of cases in her office overall, have prevented undersigned counsel from making sufficient progress on the motion for summary judgment to file it on the current deadline. Consequently, counsel needs additional time to continue researching the issues, draft the motion for summary judgment, and consult with the agency and supervising Assistant United States Attorneys while balancing a large number of deadlines in other matters. Also, undersigned needs additional time to complete the internal supervisory and agency review. Further, agency counsel needs additional time to finalize the declaration. Consequently, the Department respectfully requests a reasonable amount of additional time, to and through January 18, 2024, to file its motion for summary judgment.

4.  Because Plaintiff does not oppose the extension, the requested extension would not prejudice Plaintiff. Also, the Department proposes this extension in good faith and not for the purpose of delay. Further, granting the proposed extension would affect the briefing schedule, but not significantly. The Department proposes, with Plaintiff's consent, the following briefing schedule:

- Defendant will file its motion for summary judgment on January 18, 2024;
- Plaintiff will file its combined cross-motion and opposition on February 21, 2024.
- Defendant will file its combined reply and opposition on March 20, 2024; and,
- Plaintiff will file its reply on April 17, 2024.

WHEREFORE, the Department respectfully requests an extension of time, to and through January 18, 2024, to file its motion for summary and that the Court modify the remainder of the briefing schedule to the dates specified above.  A proposed order is attached.

Dated: December 20, 2023
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:      /s/Stephanie R. Johnson
STEPHANIE R. JOHNSON
D.C. Bar # 1632338
Assistant United States Attorney
601 D Street N.W.
Washington, D.C. 20530
(202) 252-7874
Stephanie.Johnson5@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROJECT ON GOVERNMENT OVERSIGHT,<br><br>              Plaintiff,<br><br>      v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>              Defendant. | Civil Action No. 20-1415 (ABJ) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's unopposed motion for an extension of time in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that the following briefing schedule will govern this matter:

- Defendant shall file its motion for summary judgment on January 18, 2024;
- Plaintiff shall file its combined cross-motion and opposition on February 21, 2024.
- Defendant shall file its combined opposition and reply on March 20, 2024; and,
- Plaintiff shall file its reply on April 17, 2024.

SO ORDERED.

Date_____                                _____
                                                                                      Amy Berman Jackson
                                                                                      United States District Judge