UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROJECT ON GOVERNMENT OVERSIGHT, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> Defendant. | Civil Action No. 20-1415 (ABJ) |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

By and through undersigned counsel, Defendant Department of Justice ("Defendant" or the "Department") respectfully moves to extend the deadline to file its motion for summary judgment to and through February 21, 2024. Pursuant to Local Civil Rule 7(m), undersigned conferred with Plaintiff and Plaintiff, through counsel, graciously does not oppose the requested relief. The grounds for this motion are as follows:

1. Plaintiff brings this action seeking records from the Office of Legal Counsel under the Freedom of Information Act. *See* Compl. (ECF No. 1).

2. The Department's motion for summary judgment is currently due on January 18, 2024. *See* Dec. 21, 2023, Min. Order. This is the Department's second request of extension of time to file its motion for summary judgment.

3. There is good cause for granting this motion. *See, e.g, Mann v. Castiel*, 681 F.3d 368, 375 (D.C. Cir. 2012) (explaining that good cause simply "means a valid reason for delay"). The parties are scheduled to meet and confer to discuss whether the issues in this matter can be narrowed or resolved without judicial intervention. To the extent the parties are unable to narrow

or resolve this matter without judicial intervention, the Department seeks additional time beyond the current deadline to prepare its motion for summary judgment and declaration and complete the thorough supervisory and agency review. Consequently, the Department respectfully requests a reasonable amount of additional time, to and through February 21, 2024, to file its motion for summary judgment.

4. Because Plaintiff does not oppose to the extension, the requested extension would not prejudice Plaintiff. Also, the Department proposes this extension in good faith and not for the purpose of delay. Further, granting the proposed extension would affect the briefing schedule, but not significantly. The Department proposes, with Plaintiff's consent, the following briefing schedule:

- Defendant will file its motion for summary judgment on February 21, 2024;
- Plaintiff will file its combined cross-motion and opposition on March 27, 2024.
- Defendant will file its combined reply and opposition on April 17, 2024; and,
- Plaintiff will file its reply on May 1, 2024.

WHEREFORE, the Department respectfully requests an extension of time, to and through February 21, 2024, to file its motion for summary and that the Court modify the remainder of the briefing schedule to the dates specified above. A proposed order is attached.

\*   \*   \*

Dated: January 16, 2024
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:       */s/Stephanie R. Johnson*
STEPHANIE R. JOHNSON
D.C. Bar # 1632338
Assistant United States Attorney
601 D Street N.W.
Washington, D.C. 20530
(202) 252-7874
Stephanie.Johnson5@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PROJECT ON GOVERNMENT
OVERSIGHT,

        Plaintiff,

    v.

U.S. DEPARTMENT OF JUSTICE,

        Defendant.

Civil Action No. 20-1415 (ABJ)

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's unopposed motion for an extension of time in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that the following briefing schedule will govern this matter:

- Defendant shall file its motion for summary judgment on February 21, 2024;
- Plaintiff shall file its combined cross-motion and opposition on March 27, 2024.
- Defendant shall file its combined opposition and reply on April 17, 2024; and,
- Plaintiff shall file its reply on May 1, 2024.

SO ORDERED.

Date_____

    _____
    Amy Berman Jackson
    United States District Judge