**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PROJECT ON GOVERNMENT OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARATMENT OF JUSTICE OFFICE OF LEGAL COUNSEL,<br><br>Defendant. | ) | Civil No. 20-1415 (ABJ) |

**[PROPOSED] ORDER**

The Court having considered Defendant's motion for summary judgment, Plaintiff's opposition thereto and cross-motion for summary judgment, and the entire record herein it is hereby

ORDERED that Defendant's motion is DENIED, and it is further

ORDERED that Plaintiff's motion is granted and judgment is hereby entered for Plaintiff.

Date: ______________

________________________________
UNITED STATES DISTRICT JUDGE